IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CITY LIMITS OF NORTHERN NEVADA, INC., a Nevada corporation, and DAVID A. McKIBBIN, d/b/a CITY LIMITS, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | 2:06-cv-1244-GEB-GH |
| v. | ) ) ) | ORDER CONTINUING STATUS (PRETRIAL SCHEDULING) CONFERENCE |
| COUNTY OF SACRAMENTO, a political subdivision of the State of California, | ) ) ) ) ) | |
| Defendant. | ) ) | |

In light of Defendant's pending motion to dismiss, the Status (Pretrial Scheduling) Conference scheduled for September 11, 2006, is rescheduled to commence at 9:00 a.m. on November 20, 2006. In accordance with the Order Setting Status (Pretrial Scheduling)

/////

/////

/////

/////

Conference filed June 7, 2006, the parties shall file a further joint status report no later than November 6, 2006.[1]

IT IS SO ORDERED.

Dated:  August 31, 2006

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge

---

[1]     The parties are reminded that "[t]he failure of one or more of the parties to participate in the preparation of the Joint Status Report does not excuse the other parties from their obligation to timely file a status report in accordance with this Order. In the event a party fails to participate as ordered, the party timely submitting the status report shall include a declaration explaining why it was unable to obtain the cooperation of the other party or parties." (Order Setting Status (Pretrial Scheduling) Conference filed June 7, 2006, at 2 n.1.)