1
2
3
4
5
6
7
8                        UNITED STATES DISTRICT COURT
9                       EASTERN DISTRICT OF CALIFORNIA
10

11 CITY LIMITS OF NORTHERN NEVADA,   )
   INC., a Nevada corporation; and  )
12 DAVID A. MCKIBBIN, dba CITY       )
   LIMITS,                           )
13                                   )    2:06-cv-1244-GEB-GGH
                    Plaintiffs,      )
14                                   )    ORDER TO SHOW CAUSE
         v.                          )    AND CONTINUING STATUS
15                                   )    (PRETRIAL SCHEDULING)
   COUNTY OF SACRAMENTO, a political )    CONFERENCE
16 subdivision of the State of       )
   California,                       )
17                                   )
                    Defendant.       )
18 _____)

19         The September 1, 2006, Order Continuing Status (Pretrial
20 Scheduling) Conference rescheduled the status conference in this case
21 for November 20, 2006, and required the parties to file a joint status
22 report no later than November 6, 2006.  The Order further required
23 that a status report be filed regardless of whether a joint report
24 could be procured.[1]  No status report was filed as ordered.
25
26     [1]    As the Order states:
27            The failure of one or more of the parties to
              participate in the preparation of the Joint
28                                                         (continued...)

1

1  Plaintiffs and Defendant are Ordered to Show Cause (OSC) no
2 later than 4:00 p.m. on November 27, 2006, why sanctions should not be
3 imposed under Rule 16(f) of the Federal Rules of Civil Procedure
4 against the parties and/or their counsel for the failure to file a
5 timely status report, as ordered.  The written response shall state
6 whether the parties and/or their counsel are at fault and whether a
7 hearing is requested on the OSC.[2]  If a hearing is requested, it will
8 be held on January 29, 2007, at 9:00 a.m., just prior to the status
9 conference, which is rescheduled to that date.  In accordance with the
10 requirements set forth in the September 1, 2006, Order, the parties
11 shall file a joint status report no later than January 16, 2007.
12  IT IS SO ORDERED.
13 Dated:  November 15, 2006

_____
GARLAND E. BURRELL, JR.
United States District Judge

---

[1](...continued)
    Status Report does not excuse the other
    parties from their obligation to timely file
    a status report in accordance with this
    Order.  In the event a party fails to
    participate as ordered, the party timely
    submitting the status report shall include a
    declaration explaining why it was unable to
    obtain the cooperation of the other party or
    parties.
Order filed September 1, 2006, at 2 n.1.

[2] "If the fault lies with the attorney, that is where the impact of sanction should be lodged.  If the fault lies with the clients, that is where the impact of the sanction should be lodged."  Matter of Sanction of Baker, 744 F.2d 1438, 1442 (10th Cir. 1984), cert. denied, 471 U.S. 1014 (1985).  Sometimes the faults of attorneys, and their consequences, are visited upon clients.  In re Hill, 775 F.2d 1385, 1387 (9th Cir. 1985).

2